IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAMZA PATRICK SCOTT,

    Plaintiff,                                  2:07-cv-01837 ALA P

    vs.

D.K. Sisto, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff Hamza Scott is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On March 13, 2007, Plaintiff filed a complaint along with several other prisoners as part of a class action. That complaint was dismissed on September 5, 2007, and Plaintiff was ordered to file an amended complaint as an individual plaintiff within fifty-six days.

        On December 19, 2007, Plaintiff filed a request for an extension of time to file his amended complaint and on December 21, 2007, Plaintiff filed his amended complaint. Good cause appearing, Plaintiff's request will granted.

        Therefore, IT IS HEREBY ORDERED that:

            1. Plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff is granted up to and including December 21, 2007, to file an amended complaint; and

            2. Plaintiff's amended complaint, filed on December 21, 2007, is considered

1 timely and will be screened at a later date.

2 /////

3 DATED: December 21, 2007

5                                          /s/ Arthur L. Alarcón

                                         UNITED STATES CIRCUIT JUDGE

6                                          Sitting by Designation