IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAMZA PATRICK SCOTT,

     Plaintiff,                     Case No. 2:07-cv-01837 ALA (P)

     vs.

D.K. SISTO, et al.,

     Defendants.                **ORDER**

_____/

     On February 8, 2008, the Court ordered that service was appropriate on Defendants D.K. Sisto, S.R. Stiles, J. Ward, Mike Alacade, P. Fandler and Abus Ra'oof Nasir. (Doc. 7). Plaintiff was ordered to file: 1) the statutory filing fee; 2) Notice of Submission of Documents; 3) a completed summons; 4) a completed USM-285 form for each defendant; and, 5) six copies of the endorsed first amended complaint filed December 21, 2007 so that service may be effectuated on the above-referenced Defendants. *Id.* Plaintiff was ordered to file the requested documents within twenty-eight days of the Court's February 8, 2008 order. Plaintiff failed to comply with or otherwise respond to the Court's order. On September 3, 2008, Plaintiff was again ordered to respond to this Court's order of February 8, 2008 no later than September 17, 2008 or this matter will be dismissed for failure to prosecute. Plaintiff has again failed to respond or otherwise comply with this Court's order of September 3, 2008.

Accordingly, this case is dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

It is HEREBY ORDERED that:

1. This case is dismissed with prejudice; and,

2. The Clerk is directed to enter judgment and close the case.

/////

DATED: October 1, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation